IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:21.CR.81 |
| vs. | JUDGE |
| JUAN TAMAYO-BELTRAN<br>VICTOR LOPEZ<br>CRISANTA MONTES-RAMIREZ<br>CRYSTAL THOMAS<br>NICHOLAS T. JONES<br>JAMES V. TAYLOR<br>MARTHA SUE HARNESS<br>SCOTT A. MILLER<br>LOUIE K. SKIVERS<br>HEATHER D. SOWERS<br>ERICK HERNANDEZ<br>RYAN P. MCGINNIS | 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)(i)<br>21 U.S.C. § 841(b)(1)(B)(i)<br>21 U.S.C. § 846 |

FILED
RICHARD W. NAGEL
CLERK OF COURT
21 MAY 13 PM 3:01
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT ONE:
#### Conspiracy to Possess with Intent to Distribute Heroin

Between on or about December of 2018, through April 20, 2021, the exact dates being unknown, in the Southern District of Ohio, the defendants, **JUAN TAMAYO-BELTRAN, VICTOR LOPEZ, CRISANTA MONTES-RAMIREZ,** and **CRYSTAL THOMAS,** did knowingly, intentionally, and unlawfully conspire with others, both known and unknown to the United States, to possess, with the intent to distribute, one kilogram or more of a substance containing a detectible amount of Heroin, a Schedule I controlled substance, and co-defendants, **NICHOLAS T. JONES, JAMES V. TAYLOR, MARTHA SUE HARNESS, SCOTT A. MILLER, LOUIE K. SKIVERS, HEATHER D. SOWERS, ERICK HERNANDEZ,** and **RYAN P. MCGINNIS,** did knowingly, intentionally, and unlawfully conspire with others, both known and unknown to the United States, to possess, with the intent to distribute, one hundred grams or more of a substance containing a detectible amount of Heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §841(a)(1),

1

§841(b)(1)(A)(i) and §841(b)(1)(B)(i).

All in violation of 21 U.S.C. § 846.

A TRUE BILL.

s/Foreperson
FOREPERSON

VIPAL J. PATEL
Acting United States Attorney

MICHAEL J. HUNTER
Assistant United States Attorney